_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-03556-FWS-AJR                                  Date: February 19, 2026
Title: Saman Mahmoudpour v. Kristi Noem *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [10] AND ORDERING GOVERNMENT RESPONSE TO THIRD APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

     Before the court are Petitioner Saman Mahmoudpour's Second Application for Temporary Restraining Order and Preliminary Injunction, (Dkt. 10 ("Second Application")), and Third Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, (Dkt. 14 ("Third Application")).  Respondent Kristi Noem, the Secretary of the Department of Homeland Security, Respondent Pam Bondi, the Attorney General of the United States, Respondent Thomas Giles, Los Angeles Field Office Director, Bureau of Immigration and Customs Enforcement, Respondent James Pilkington, Assistant Field Office Director, Adelanto Detention Facility, and Respondent Warden Geo Group Inc., Adelanto Detention Facility (collectively, "Respondents") oppose the Second Application. (Dkt. 12 ("Opposition" or "Opp.").)  On the same day the Opposition was filed, Petitioner withdrew the Application.  (Dkt. 13.)  Because Petitioner has withdrawn the Second Application, the court **DENIES AS MOOT** the Second Application.

     The court observes that Petitioner has filed *four* applications for a temporary restraining order regarding Petitioner's detention.  (*See* Dkts. 3, 10, 14); *see also Saman Mahmoudpour v. Kristi Noem et al.*, 5:25- cv-03340-FWS-AJR, Dkt. 3.  With the exception of the Third

_____

**CIVIL MINUTES – GENERAL**                                                                                  1

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 5:25-cv-03556-FWS-AJR | Date: February 19, 2026 |
| Title: Saman Mahmoudpour v. Kristi Noem *et al.* | |

Application in this case, the court notes that the previous two applications in this case and one application in 25-cv-03340-FWS-AJR raise the same arguments that were opposed by Respondents and rejected by the court. After Respondents filed the Opposition, mentioning the possibility of a bond hearing pursuant to 8 U.S.C. § 1226(a), Petitioner withdrew the Second Application and filed the Third Application seeking a bond hearing pursuant to Section 1226(a). The court notes that repeatedly filing the same application, bringing forth the same arguments that were rejected by the court and necessitating Respondents to respond under a short time frame, requires the parties and the court to expend unnecessary resources and may be considered vexatious. The court's and Respondents' resources are limited and should not be wasted on frivolous filings, or even filings that could have been made from the beginning.

      However, because Petitioner seeks a bond hearing which was not requested in the previous three applications for a temporary restraining order, the court **ORDERS** Respondents to file a response to the Third Application on or before **February 20, 2026, at 10:00 a.m**. Absent further order of the court, no hearing will be held. The court further **ORDERS** that Petitioner shall not be removed or relocated from the Central District of California, pending further order of court.

_____