# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SAMAN MAHMOUDPOUR,

      Petitioner,

    v.

MARKWAYNE MULLIN,[1] ET AL.,

      Respondents.

Case No. 5:25-cv-03556-FWS-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and all the records and files herein.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction as moot.  IT IS FURTHER ORDERED that the Clerk serve copies of

---

[1] Secretary of the Department of Homeland Security ("DHS"), Markwayne Mullin, is hereby substituted for his predecessor, Kristi Noem.  See Fed. R. Civ. P. 25(d).

this Order and the Judgment herein on Petitioner at the current address of record, as well as Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 7, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2