**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMAN MAHMOUDPOUR, | Case No. 5:25-cv-03556-FWS-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN,[1] ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction as moot.

DATED: July 7, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] Secretary of the Department of Homeland Security ("DHS"), Markwayne Mullin, is hereby substituted for his predecessor, Kristi Noem. See Fed. R. Civ. P. 25(d).